MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE A. HAGENDORF,<br><br>             Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>             Defendant. | Case No.: 2:21-cv-00231-GMN-BNW<br><br>**AMENDED STIPULATION AND ORDER FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE**<br><br>**[FIRST REQUEST]** |

Nationstar Mortgage LLC and Wayne A. Hagendorf stipulate to extend the responsive pleading deadline. Hagendorf filed his complaint on February 12, 2021. ECF No. 1. Nationstar was served with the complaint on February 17, 2021. Nationstar's deadline to respond to the complaint was March 10, 2021. The parties agree Nationstar shall have until **Monday, April 26, 2021** to file a response to the complaint. Nationstar will use this additional time to review the loan documents applicable to this case.

Nationstar and Hagendorf acknowledge this stipulation is being filed after the March 10 deadline. Nationstar communicated with Hagendorf prior to the deadline, reaching out on March 8, 2021, to request a stipulated extension. At that time, Nationstar was still within its answering deadline and thus did not consider excusable neglect standard in the request or in drafting the stipulation to extend. By way of further explanation, counsel for Nationstar initially requested its

1

1  extension from counsel for Hagendorf for "personal reasons."  Those reasons are medical issues
2  undersigned counsel is dealing with that has required extended time away from the office which in
3  turn required a longer time to review the loan documents in this case, as stated in the parties' initial
4  stipulation to extend as the basis for the extension.  Shortly thereafter, this case was internally
5  transferred to another Akerman associate to take over handling of the case as a result of undersigned
6  counsels' ongoing medical treatment.  Respectfully, the failure to file this stipulation prior to the
7  March 10 deadline is a result of oversight constituting excusable neglect.  LR IA 6-1(a).  Neither
8  Nationstar nor Hagendorf will be prejudiced by the brief extension.

9        This is the first request for an extension of this deadline and is made in good faith without the
10 purpose of undue delay.

11 DATED April 22, 2021.

| **AKERMAN LLP**                                | **FREEDOM LAW FIRM**                        |
|------------------------------------------------|---------------------------------------------|
| */s/ Donna M. Wittig*                          | */s/ George Haines*                         |
| MELANIE D. MORGAN, ESQ.                        | GEORGE HAINES, ESQ.                         |
| Nevada Bar No. 8215                            | Nevada Bar No. 9411                         |
| DONNA M. WITTIG, ESQ.                          | Beltway Corporate Center                    |
| Nevada Bar No. 11015                           | 8985 South Eastern Avenue, Suite 350        |
| SCOTT R. LACHMAN, ESQ.                         | Las Vegas, Nevada 89123                     |
| Nevada Bar No. 12016                           |                                             |
| 1635 Village Center Circle, Suite 200          | *Attorney for Wayne A. Hagendorf*           |
| Las Vegas, Nevada 89134                        |                                             |
|                                                |                                             |
| *Attorneys for Nationstar Mortgage LLC*        |                                             |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 26, 2021

2

57427451;1