George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Attorney for Plaintiff,
*Wayne A. Hagendorf*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE HAGENDORF, | Civil Case No. 2:21-cv-00231-GMN-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS RESPONSE AND DEADLINE** |
| NATIONSTAR MORTGAGE LLC, | **(FIRST REQUEST)** |
| Defendant. | |

Pursuant to Local Rule 7-1, Plaintiff, Wayne Hagendorf, and Defendant, Nationstar Mortgage LLC, (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

- Plaintiff filed a Complaint (the "Complaint") in this Court on February 12, 2021(ECF No. 1);
- Defendant filed its Motion to Dismiss on April 26, 2021 (ECF NO. 8); and
- Plaintiff's response to Motion to Dismiss is due by 5/10/2021.

The parties have initiated settlement discussions and are requesting an extension of 10-days to allow them to discuss settlement of this matter. This is the parties first request for an extension.

IT IS HEREBY STIPULATED AND AGREED Plaintiff's deadline to file and serve any point

and authorities in response to the motion shall be 10-days and shall be due on 5/20/2021.

IT IS HEREBY STIPULATED AND AGREED Defendant's deadline to file and serve any reply in support of its motion shall be 5/27/2021.

| | |
|---|---|
| Dated: May 5, 2021 | Dated: May 5, 2021 |
| **FREEDOM LAW FIRM** | **AKERMAN LLP** |
| By: */s/George Haines*_____ | By: */s/Scott R. Lachman*_____ |
| George Haines, Esq. NV Bar 9411 | Scott R. Lachman, Esq. NV Bar 12016 |
| 8985 S. Eastern Ave, Suite 350 | 1635 Village Center Circle |
| | Suite 200 |
| Las Vegas, NV 89123 | Las Vegas, NV 89134 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### ORDER

IT IS SO ORDERED *nunc pro tunc*.

Dated this 13 day of May, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court