1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
3 SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
4 **AKERMAN LLP**
1635 Village Center Circle, Suite 200
5 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
6 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
7 Email: donna.wittig@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE A. HAGENDORF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendant. | Case No.: 2:21-cv-00231-GMN-BNW<br><br>**STIPULATION TO STAY DISCOVERY**<br><br>**[FIRST REQUEST]** |

Nationstar Mortgage LLC and Wayne A. Hagendorf stipulate to stay discovery pending resolution of Nationstar's motion to dismiss. ECF No. 8. The parties agree that discovery is expensive and unnecessary at this time given the posture of the case and related litigation, including Hagendorf's pending bankruptcy. *In re Hagendorf*, 19-15126-mkn. The parties' stipulation is made in good faith and will not prejudice either party.

///

///

///

///

///

///

1

57427451;1

The parties agree that in event that the motion to dismiss is not granted in full, the parties will file a stipulated proposed discovery plan and scheduling order no later than 14 days after a decision on the motion is issued by the court. This is the first request to stay discovery.

DATED May 19, 2021.

| **AKERMAN LLP** | **FREEDOM LAW FIRM** |
|---|---|
| */s/ Scott R. Lachman* | */s/ George Haines* |
| MELANIE D. MORGAN, ESQ. | GEORGE HAINES, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9411 |
| DONNA M. WITTIG, ESQ. | Beltway Corporate Center |
| Nevada Bar No. 11015 | 8985 South Eastern Avenue, Suite 350 |
| SCOTT R. LACHMAN, ESQ. | Las Vegas, Nevada 89123 |
| Nevada Bar No. 12016 | |
| 1635 Village Center Circle, Suite 200 | *Attorney for Wayne A. Hagendorf* |
| Las Vegas, Nevada 89134 | |
| | |
| *Attorneys for Nationstar Mortgage LLC* | |

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**
Case No.: 2:21-cv-00231-GMN-BNW

**DATED:** May 21, 2021

2

57427451;1