George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Attorney for Plaintiff,
*Wayne A. Hagendorf*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE HAGENDORF,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Civil Case No. 2:21-cv-00231-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS RESPONSE AND DEADLINE**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff, Wayne Hagendorf, and Defendant, Nationstar Mortgage LLC, (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed

Order.

- Plaintiff filed a Complaint (the "Complaint") in this Court on February 12, 2021(ECF No. 1);

- Defendant filed its Motion to Dismiss on April 26, 2021 (ECF NO. 8);

- Parties entered into First Request for a Stipulation and Order to Extend Motion to Dismiss Response and Deadline (ECF No. 11); and

- The Court approved the First Request for a Stipulation and Order to Extend Motion to Dismiss Response and Deadline and extended Plaintiff's deadline to file and serve any point and authorities in response to the Motion to Dismiss from 5/10/2021 to 5/20/2021 (ECF No. 11).

The parties are in settlement discussions and are requesting an extension of 12-days to allow them to continue to discuss settlement of this matter. This is the parties' second request for an extension.

IT IS HEREBY STIPULATED AND AGREED Plaintiff's deadline to file and serve any point and authorities in response to the motion shall be extended by 12-days and shall be due on 6/1/2021; and

///

///

///

IT IS HEREBY STIPULATED AND AGREED Defendant's deadline to file and serve any reply in support of its motion shall be 6/8/2021.

Dated: May 19, 2021

**FREEDOM LAW FIRM**

By: */s/George Haines*_____
   George Haines, Esq. NV Bar 9411
   8985 S. Eastern Ave, Suite 350
   Las Vegas, NV 89123
   *Attorneys for Plaintiff*

Dated: May 19, 2021

**AKERMAN LLP**

By: */s/Scott R. Lachman*___
   Scott R. Lachman, Esq. NV Bar 12016
   1635 Village Center Circle Suite 200
   Las Vegas, NV 89134
   *Attorneys for Defendant*

## **ORDER**

**IT IS SO ORDERED**.

Dated this 21 day of May, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court